NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC.,**
*Plaintiffs-Appellants,*

**v.**

**BALL METAL BEVERAGE CONTAINER CORPORATION,**
*Defendant-Appellee.*

---

2012-1258

---

Appeal from the United States District Court for the Southern District of Ohio in case no. 05-CV-0281, Judge Walter H. Rice.

---

**JUDGMENT**

---

DALE M. HEIST, Woodcock Washburn LLP, of Philadelphia, Pennsylvania, argued for plaintiffs-appellants. With him on the brief were ALBERT J. MARVELLINO and AARON B. RABINOWITZ.

JOHN D. LUKEN, Dinsmore & Shohl, LLP, of Cincinnati, Ohio, argued for defendant-appellee. With him on the brief was JOSHUA A. LORENTZ.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (DYK, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| December 5, 2012 | /s/ Jan Horbay |
| --- | --- |
| Date | Jan Horbaly |
| | Clerk |